GARCIA RAINEY BLANK & BOWERBANK LLP
A Limited Liability Partnership
JOHN E. BOWERBANK, Cal. Bar No. 211566
jbowerbank@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, California  92626-1925
Telephone:  714-382-7000
Facsimile:   714-784-0031

Attorneys for Plaintiff
Sports Research Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SPORTS RESEACH CORPORATION, a California Corporation.<br><br>Plaintiff,<br><br>v.<br><br>RADHA BEAUTY PRODUCTS, LLC, a New Jersey limited liability company; and DOES 1-10.<br><br>Defendants. | Case No. 2:18-cv-00090-CAS-JPR<br><br>**STIPULATION REGARDING DISMISSAL OF ACTION WITH PREJUDICE AND AGREEMENT TO MAINTAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Action Filed: Jan. 4, 2018 |

**IT IS HEREBY STIPULATED** by and between the parties, through their counsel of record, that the above-caption action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1), with each party to bear his or its own attorney's fees and costs. Pursuant to the parties' Settlement Agreement and Release, dated as of January 30, 2018, the Court shall retain jurisdiction over this action for the purpose of enforcing the settlement.

**IT IS FURTHER STIPULATED** that for the purposes of this joint stipulation and the parties' Settlement Agreement, photocopies of signatures are to

be deemed to have the same force and effect as originals, and further that this stipulation and the Settlement Agreement may be executed in counterparts.

**IT IS SO STIPULATED.**

HART BAXLEY DANIELS & HOLTON

DATED: February 6, 2017

By _____
JOSEPH T. MURRAY
Attorney for Defendant
Radha Beauty Products, LLC

GARCIA RAINEY BLANK & BOWERBANK, LLP

DATED: February 6, 2018

By _____/s/ John E. Bowerbank_____
JOHN E. BOWERBANK
JEFFREY M. BLANK
Attorneys for Plaintiff
SPORTS RESEARCH CORPORATION

-2-

be deemed to have the same force and effect as originals, and further that this stipulation and the Settlement Agreement may be executed in counterparts.

**IT IS SO STIPULATED.**

HART BAXLEY DANIELS & HOLTON

DATED: February 6, 2017

By _____
JOSEPH T. MURRAY
Attorney for Defendant
Radha Beauty Products, LLC

GARCIA RAINEY BLANK & BOWERBANK, LLP

DATED: February 6, 2018

By _____
JOHN E. BOWERBANK
JEFFREY M. BLANK
Attorneys for Plaintiff
SPORTS RESEARCH CORPORATION

**ATTESTATION REGARDING SIGNATURES**

I, John Bowerbank, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 6, 2018

By   /s/ John E. Bowerbank

-3-

JOINT STIPULATION REGARDING
DISMISSAL OF ACTION WITH PREJUDICE
AND AGREEMENT TO MAINTAIN
JURISDICTION

1

**CERTIFICATE OF SERVICE**

2

3      The undersigned hereby certifies that all counsel of record who have

4 consented to electronic service are being served with a copy of the foregoing

5 documents via Central District of California CM/ECF system on February 7, 2018.

6

7                              /s/ John E. Bowerbank

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                         -5-                  JOINT STIPULATION REGARDING
                                                DISMISSAL OF ACTION WITH PREJUDICE
                                                AND AGREEMENT TO MAINTAIN
                                                JURISDICTION