GARCIA RAINEY BLANK & BOWERBANK LLP
  A Limited Liability Partnership
JOHN E. BOWERBANK, Cal. Bar No. 211566
jbowerbank@garciarainey.com
JEFFREY M. BLANK, Cal. Bar No. 217522
jblank@garciarainey.com
695 Town Center Drive, Suite 700
Costa Mesa, California  92626-1925
Telephone:   714-382-7000
Facsimile:    714-784-0031

Attorneys for Plaintiff
Sports Research Corporation

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SPORTS RESEACH CORPORATION, a California Corporation.<br><br>        Plaintiff,<br><br>   v.<br><br>RADHA BEAUTY PRODUCTS, LLC, a New Jersey limited liability company; and DOES 1-10.<br><br>        Defendants. | Case No. 2:18-cv-00090-CAS-JPRx<br><br>**ORDER REGARDING STIPULATION REGARDING DISMISSAL OF ACTION WITH PREJUDICE AND AGREEMENT TO MAINTAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Action Filed: Jan 4, 2018 |

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The Action is dismissed with prejudice as against Defendant Radha Beauty Products, LLC pursuant to FRCP 41(a)(1)(A).
2. Each party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the January 30, 2018 Settlement Agreement.

IT IS SO ORDERED.

Dated: December 18, 2018

Honorable Christina A. Snyder